AO 241 (Rev. 06/13)

Page 2



FILED
RICHARD W. NAGEL
2023 FEB -9 PM 1:29

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: First District Appeals |
|---|---|
| Name (under which you were convicted): Calesha M. Harris | Docket or Case No.: B2101366 B2102489 B2101872 |
| Place of Confinement: Dayton Correctional Institution. | Prisoner No.: 109666 |
| Petitioner (include the name under which you were convicted) Calesha M. Harris | Respondent (authorized person having custody of petitioner) v. Shelbie Smith |
| The Attorney General of the State of: Ohio | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    Hamilton County Court of Common Pleas
    1000 main St.
    Cinti, OH 45202

    (b) Criminal docket or case number (if you know): B2102489 B2101366 B2101872

2. (a) Date of the judgment of conviction (if you know): Aug 2, 2022

    (b) Date of sentencing: Aug 1 2022

3. Length of sentence: 4 year total 1yr Consecutive to 1yr consecutive to 2 years 3 Count/concurrent

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    Forgery F-5
    Identity fraud F-4
    Telecommunications Fraud F4
    Recieving Stolen Property F5
    Misuse of Credit Cards F5

6. (a) What was your plea? (Check one)

    ☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)
    ☑ (2) Guilty ☐ (4) Insanity plea

AO 241 (Rev. 06/13)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Cts 1, 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17. Cts 2     Cts 2

(c) If you went to trial, what kind of trial did you have? (Check one)

❒ Jury     ❒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

❒ Yes     ❒ No

8. Did you appeal from the judgment of conviction?

❒ Yes     ❒ No

9. If you did appeal, answer the following:

(a) Name of court:
(b) Docket or case number (if you know):
(c) Result:
(d) Date of result (if you know):
(e) Citation to the case (if you know):
(f) Grounds raised:

(g) Did you seek further review by a higher state court?     ❒ Yes     ❒ No

If yes, answer the following:

(1) Name of court:
(2) Docket or case number (if you know):
(3) Result:

(4) Date of result (if you know):

AO 241 (Rev. 06/13)

Page 4

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    _____

    _____

    _____

  (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: **Hamilton County Common Pleas**

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): **Aug 19 2022**

    (4) Nature of the proceeding: **Jail Time Credit**

    (5) Grounds raised: **No Response As of Sept 10 2022**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes ☑ No

    (7) Result: _____

    (8) Date of result (if you know): _____

AO 241 (Rev. 06/13)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes     ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 06/13)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes　　☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:　　☑ Yes　　☐ No
(2) Second petition:　☐ Yes　　☐ No
(3) Third petition:　 ☐ Yes　　☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Didn't Recieve Any Jail Time Credit that was Served legally and stated by the Judge.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I only Recieved 7 days Jail time Credit and my Jail Time credit motion was answered with the wrong Jail Time Credit again 243 days still incorrect

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 06/13) Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Jail Time Credit

Name and location of the court where the motion or petition was filed: Hamilton County Common Pleas

Docket or case number (if you know): _____

Date of the court's decision: Sept 26, 2022

Result (attach a copy of the court's opinion or order, if available): Copy attached

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: First Appeal District Hamilton County

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: JTC Motion Wrote Judge Wrote and Called Head Public Defender Wrote and Called Brandon fox Attorney

**GROUND TWO:** Was in Kentucky DOC on IAD they failed to pick me up within 180 days legally Allowed

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): My IAD Packet was Notarized And Mailed form boone County Jail and Recieved May 2021 and I wasnt Brought to Cincinnati until Dec 2 2022

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 06/13)

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:** Was lied to by attorney and Did not Address my change A venue

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My attorney stated it was my Judge Descretion on JTC from Kentucky Sentence she agreed on Recorded Transcript I would get All credit Including Kentucky Credit. Which didnt happen. They also Did not do a compeltency hearing if I'm not on my meds. I'm incompeltent to stand Trial.

AO 241 (Rev. 06/13)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 06/13)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** I use My chain of Commands To seek adequate Counsel I even filed Grievance

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I wrote the judge asking for JTC plus wrote my attorney and Public Defender Supervisor, asking for Direct appeal on file Recorded lines I file Grievance with the Disciplinary Counsel Against my attorney and his supervisor of the Public Defender Office.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 06/13)

Page 12

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 06/13)

Page 13

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

I was denied Court Appointed Counsel even doe I have Mental Health issues and I'm Indigent.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

Delayed Appeal to the Ohio Court of Appeals B2102489 B2101872 B2101366 Motion for Jail Time Credit

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 06/13)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Brandon Fox 230 E 9th St Hamiton County PD

    (b) At arraignment and plea: Brandon Fox Office

    (c) At trial: Brandon Fox

    (d) At sentencing: Brandon Fox

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 06/13)

Page 15

I also ask My Attorney About a Change in Venue because of my last Appeal in Regard to this judge it was never addressed I wrote the head Public Defender the State knew they would win my Case because the bias judge Luebbers had towards me my attorney also knew she had a bias because he said something to my sister about me serving some type of time before I took a plea or was found guilty of anything. My attorney completely went against every thing I told him. I also feel like something Mysteriously happen to my IAD Packets they saying they were never scanned. How did ohio pick me up for Court if I didnt file a Fast and Speedy trial when i was Picked up in Kentucky I was still serving my Kentucky sentence Until April 2022

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.